# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1133

_____

| | | |
|---|---|---|
| Jeffrey Holder, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Wal-Mart, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: October 7, 1998

Filed: November 2, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Jeffrey Holder appeals from the district court's[1] adverse grant of summary judgment in his complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. Having carefully reviewed the record and the parties' submissions, we conclude that the judgment of the district court is correct for the reasons set forth in its order. See 8th Cir. R. 47B.

---

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.